# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Larry Curtis Biebinger, Sr. Case No. Civil 00-1948 ADM/AJB

Plaintiff

v. **JUDGMENT IN A CIVIL CASE**

State of Minnesota

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the petition for a writ of habeas corpus is dismissed with prejudice.

DATE: March 21, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk